IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ROBERT C. SPETH**                                                                                                                        **PLAINTIFF**

**V.**                                                  **CIVIL ACTION NO. 3:08-CV-133-SA-SAA**

**UNIVERSITY OF MISSISSIPPI, ET AL.**                                      **DEFENDANTS**

### ORDER OF DISMISSAL WITH PREJUDICE

As provided in FRCP 41(a), Plaintiff has voluntarily moved this Court for a dismissal of all claims with prejudice. The Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that all claims in this case, whether asserted or amenable to assertion, are dismissed with prejudice. All parties are responsible for their own attorney fees, expenses and costs. This Court will retain jurisdiction to consummate and enforce the terms of the Settlement Agreement between the parties, and the parties consent to the jurisdiction of the Magistrate Judge to finally resolve any issues arising with respect to the Settlement Agreement.

SO ORDERED, this the 16th day of April, 2009.

                                                     **/s/ Sharion Aycock**
                                                     **UNITED STATES DISTRICT JUDGE**